and Another, Defendants, Impleaded with CHARLES F. KIESER, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

ANNA BROWN, Also Known as ANNA BRUNN, Appellant, v. ALBERT BROWN, Also Known as ALBERT BRUNN, Respondent.— Order affirmed, without costs. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of FAN BUSH CO., INC., Assignor, to MORRIS ISRAEL, Assignee, Appellant. STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

LILIANE BATES, Respondent, v. FRANCIS C. COPPICUS, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

SARAH KOWALSKY, Administratrix, etc., of MEYER KOWALSKY, Deceased, Respondent, v. THE CONRECO COMPANY, INC., Appellant, and JOSEPH MORENG and ALEXANDER JOHN, Doing Business, etc., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. GREENBERG-MALZMAN INVESTING CORPORATION, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

LENA D. WOLF, Respondent, v. SOLOMON FILLIN and Another, Defendants, Impleaded with HYMAN D. BAKER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

141 CONSTRUCTION CORPORATION, Respondent, v. SLATTERY-DAINO COMPANY, Appellant, Impleaded with Another.— Order reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs, on the authority of Shaw v. Samley Realty Co., Inc. (201 App. Div. 433); U. F. Realty Corp. v. City of New York (233 id. 671), and Weprin & Glass Building Corp. v. Rosoff Subway Construction Co., Inc. (Id. 728). Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

510 CATHEDRAL PARKWAY CORPORATION, Suing on Behalf of Itself and All Other Stockholders of UNION FINANCIAL CORPORATION OF AMERICA, Similarly Situated, Respondent, v. UNION FINANCIAL CORPORATION OF AMERICA, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — O'Malley, Merrell, Sherman and Townley, JJ.

ISRAEL FREIDUS, Appellant, v. 198 WEST 134th STREET REALTY Co., INC., and CLILAN B. POWELL, Respondents, Impleaded with Others.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.; Martin, J., dissents and votes to reverse and deny the motion.

GUSSIE GROSSMAN, Plaintiff, v. NEW YORK LIFE INSURANCE COMPANY, etc., Defendant. DAVID GROSSMAN and Others, Appellants, v. NEW YORK LIFE INSUR-

---

* Revd., 262 N. Y. 21.